UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ-ROBLEDO
    Plaintiff
        v.                    Civil No. 98-1547(SEC)
PUERTO RICO ELECTRICAL
POWER AUTHORITY
    Defendant/Third Party Plaintiff

        v.
ROBERTO SANTIAGO, et al.
    Third Party Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #34<br>Motion to Extend Time to Answer Third Party Complaint | **Moot.** Counsel Judith Flores-Ayala's notice of appearance is **granted.** |
| Docket #36<br>Motion to Extend Time to Answer Third Party Complaint | **Moot.** |
| Docket #39<br>Motion to Extend Time to File Brief in Support of Motion to Dismiss | **Moot.** |
| Docket #41<br>Motion for Extension of Time to Oppose Motion to Dismiss | **Moot.** |
| Docket #43<br>Motion for Entry of Default | **Denied.** Roberto Santiago shall amend the answer to the third party complaint to include his wife and their conjugal partnership within twenty (20) days of this order so that their appearance is noted for the record. |
| Docket #44<br>Motion Requesting Extension of Time to Produce Documents | **Moot.** |
| Docket #45<br>Motion by PREPA to Extend Time to Oppose Motion to Dismiss | **Moot.** |



Civil No. 98-1547(SEC)                                                                                      2

| MOTION | RULING |
|---|---|
| **Docket #48**<br>Motion Requesting Leave to File<br>Documents in the Spanish Language | Granted, pending the filing of the certified translations. |

DATE: September 15, 1999

*[signature]*
SALVADOR E. CASELLAS
United States District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |