IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ-ROBLEDO          *
                                  *
       Plaintiff                  *
                                  *   Civil No. 98-1547(SEC)
v.                                *
                                  *
PUERTO RICO ELECTRIC              *
POWER AUTHORITY                   *
                                  *
       Defendant/Third Party Plaintiff  *
                                  *
v.                                *
                                  *
ROBERTO SANTIAGO, et al.          *
*************************************

## ORDER

On March 19, 1999 this Court granted via endorsed order a motion filed by defendant Puerto Rico Electric Power Authority ("PREPA") requesting an extension of time to file case management memorandum **(Docket #21)**. In said motion, PREPA requested that the Court hold the deadlines set forth in its Case Management Order in abeyance pending the appearance of the newly added third party defendants. It appears as if those third party defendants have already filed their appearances, and thus the Court amends the deadlines set forth in the Case Management Order **(Docket #10)** as follows:

* Joint Case Management Memorandum – October 8, 1999

* Motions to Dismiss – October 22, 1999

* Conclusion of Discovery – March 6, 2000

* Motions for Summary Judgment – April 17, 2000

* Pretrial and Settlement Order – June 5, 2000

AO 72A
(Rev.8/82)

**Civil No. 98-1547(SEC)** 2

The Court will not grant any further extensions of time for the prosecution of this case. Failure to comply with these deadlines may result in the imposition of sanctions.

**SO ORDERED.**

In San Juan, Puerto Rico, this _15TH_ day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev 8/82)