IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos Rodriguez Robledo
Plaintiff(s)

v.

Puerto Rico Electric Power Authority, et. al.
Defendant(s)

Civil No. 98-1547 (SEC)

RECEIVED & FILED
99 OCT 18 AM 7:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

### DESCRIPTION OF MOTION

DATE FILED: Oct. 12, 99   DOCKET #: 55   TITLE: Motion for extension of time to submit joint case management memorandum

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

### DISPOSITION:

[X] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

### COMMENTS

October 15, 1999
DATE


SALVADOR E. CASELLAS
United States District Judge

