UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO
    Plaintiff
          v.
PUERTO RICO ELECTRIC POWER
AUTHORITY, et. al.
    Defendants
          v.
ROBERTO SANTIAGO, et. al.
    Third Party Defendants

Civil No. 98-1547 (SEC)

TORTS

### ORDER

| MOTION | RULING |
|---|---|
| **Docket #50**<br>**Motion Requesting Dismissal with Prejudice** | Granted. |
| **Docket #56**<br>**Urgent Motion** | Granted. The "Motion Requesting Leave to Withdraw Third Party Complaint Against the Commonwealth of P.R. and PROSHO" was granted by margin order dated Aug. 16, 1999 (Docket #47). Dismissal with prejudice is granted in this order (Docket #50, above). Therefore, the third party Commonwealth of Puerto Rico and PROSHO are not required to file a Joint Case Management Memorandum. |

DATE: October 25, 1999

SALVADOR E. CASELLAS
United States District Judge

