IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos Rodriguez-Robledo
_____
Plaintiff(s)

Civil No. 98-1547 (SEC)

v.

Puerto Rico Power Authority, et. als.
_____
Defendant(s)

RECEIVED & FILED
99 NOV 24 PM 2:48
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 11/15/99   DOCKET #: 62   TITLE: Motion for Extension of Time to Oppose

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[X] Defendant(s)

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

| COMMENTS |
|---|

Until December 15, 1999.

_23 NOV 99_
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

(63)