IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos Rodriguez-Robledo
_____
Plaintiff(s)

v.

Puerto Rico Electric Power Authority, et. al.
_____
Defendant(s)

Civil No. 98-1547 (SEC)

RECEIVED & FILED
99 DEC 21 PM 12:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### DESCRIPTION OF MOTION

DATE FILED: 12/15/99   DOCKET #: 64   TITLE: Motion requesting brief extension of time to file opposition, etc.

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[X] Defendant(s)

DISPOSITION:

[X] GRANTED    [ ] DENIED

[ ] NOTED      [ ] MOOT

### COMMENTS

Until December 21st 1999.

_____
17 XII 99
DATE

_____
SALVADOR E. CASELLAS
United States District Judge