IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos Rodríguez-Robledo
_____
Plaintiff(s)

Puerto Rico Electric Power Auth.,
et al.
_____
Defendant(s)

Civil No. 98-1547 (SEC)

RECEIVED & FILED
1999 DEC 28 AM 8 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION |
|---|
| DATE FILED: 12/21/99  DOCKET #: 67  TITLE: Motion Requesting Leave to File Document in the Spanish Language Pursuant to L.R. 108 |
| [ ] Plaintiff(s)   [ ] Third Party Defendant(s) |
| [X] Defendant(s) |
| DISPOSITION: |
| [X] GRANTED                    [ ] DENIED |
| [ ] NOTED                      [ ] MOOT |
| COMMENTS |

27 XII 99
DATE

SALVADOR E. CASELLAS
United States District Judge



5