IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 JAN -7 AM 10: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

| | |
|---|---|
| CARLOS RODRIGUEZ-ROBLEDO | |
| Plaintiff | |
| v. | Civil No. 98-1547(SEC) |
| PUERTO RICO ELECTRIC POWER AUTHORITY, et. al. | |
| Defendants and Third Party Plaintiffs | |
| v. | |
| ROBERTO SANTIAGO, et. al. | |
| Third Party Defendants | |

## JUDGEMENT

Pursuant to this Court's Order of October 25, 1999 **(Docket #60)** the third-party complaint in the above-referenced action against third-party defendants, the Commonwealth of Puerto Rico and the Puerto Rico Occupational Safety and Health Office ("PROSHO") is hereby **DISMISSED WITH PREJUDICE**. Since there is no just reason to delay the entry of judgement, the Clerk of the Court is hereby **ORDERED to enter a judgement accordingly**.

**SO ORDERED.**

In San Juan, Puerto Rico, this ____ day of ~~December, 1999~~ JAN, 2000.

SALVADOR E. CASELLAS
United States District Judge