IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos Rodriguez-Robledo
_____
Plaintiff(s)

Civil No. 98-1547 (SEC)

v.

Puerto Rico Electric Power Authority
_____
Defendant(s)

RECEIVED & FILED
'00 JAN 20 AM 10:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 1/12/00   DOCKET #: 70   TITLE: Motion for Amendment of deadline to Conclude Discovery

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[X] GRANTED                [ ] DENIED

[ ] NOTED                  [ ] MOOT

| COMMENTS |
|---|

Discovery deadline is extended for sixty (60) days until May 5, 2000. All other deadlines previously established by the Court remain in effect (Docket #52).

19 I 00
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge