UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ-ROBLEDO
    Plaintiff
        v.
PUERTO RICO ELECTRIC POWER
AUTHORITY
    Defendant, Third Party Plaintiff
        v.
ROBERTO SANTIAGO, et. al.
    Third Party Defendants

Civil No. 98-1547(SEC)

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
00 JAN 24 AM 10: 55

## ORDER

| MOTION | RULING |
| --- | --- |
| Docket #71<br>**Motion for Extension of Time to Reply** | **Denied.** Leave to reply was not requested within the time period required by Local Rule 311(7). |
| Docket #73<br>**Motion Submitting Documents** | Noted. |

DATE: January 21, 2000

SALVADOR E. CASELLAS
United States District Judge

