IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS RODRIGUEZ-ROBLEDO | * |
| Plaintiff | * |
| v. | * Civil No. 98-1547(SEC) |
| PUERTO RICO ELECTRIC POWER AUTHORITY, et. al. | * |
| Defendants | * |

***************************************

| | |
|---|---|
| PUERTO RICO ELECTRIC POWER AUTHORITY | * |
| Defendant and Third Party Plaintiff | * |
| v. | * |
| ROBERTO SANTIAGO, et. al. | * |
| Third Party Defendants | * |

***************************************

## ORDER

Before the Court is a motion filed by counsel Vanessa Viera in representation of Third Party Defendants Roberto Santiago, Ramona Santiago-Pagán and the legal conjugal partnership constituted by them, whereby she informs the Court about the unfortunate accident suffered by Defendants' counsel of record, Judith Flores-Ayala, of the law firm Pinto-Lugo & Rivera. **(Docket #75)**. Counsel Vanessa Viera represents to the Court that there are several depositions scheduled to be taken within the immediate days following sister counsel Flores-Ayala's accident. In that regard the Court notes that if counsel Judith Flores-Ayala is unable to continue representing the third party defendants in this case, other attorneys from the law firm will have to undertake their

**Civil No. 98-1547(SEC)** 2

representation, or the defendants will have to retain new counsel.

In light of this, the Court **GRANTS** the parties a reasonable extension of time to reschedule the depositions that were scheduled for the days that immediately followed Ms. Flores-Ayala's accident. Therefore, the parties are hereby **ORDERED** to file an informative motion regarding the projected schedule of depositions within fifteen days of this order.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27TH day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)