IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS RODRIGUEZ-ROBLEDO | |
| Plaintiff | |
| v. | Civil No. 98-1547(SEC) |
| PUERTO RICO ELECTRIC POWER AUTHORITY, et. al. | |
| Defendants | |
| PUERTO RICO ELECTRIC POWER AUTHORITY | |
| Defendant and Third Party Plaintiff | |
| v. | |
| ROBERTO SANTIAGO, et. al. | |
| Third Party Defendants | |

## PARTIAL JUDGMENT

Pursuant to this Court's Opinion and Order of even date, the Third Party Complaint against the Municipality of Ponce in the above captioned case is hereby **DISMISSED**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 24TH day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)