UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ-ROBLEDO
   Plaintiff
       v.                     Civil No. 98-1547(SEC)
PUERTO RICO ELECTRIC POWER AUTHORITY
   Defendant

## ORDER

| MOTION | RULING |
| --- | --- |
| **Docket #76** <br> Informative Motion Requesting Brief Extension | Moot. See Docket #78. |
| **Docket #77** <br> Motion Requesting Extension of Time to Answer Request of Admissions | Moot. The thirty days requested have already expired as of March 27, 2000. |

DATE: March 31, 2000.

SALVADOR E. CASELLAS
United States District Judge

