# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ-ROBLEDO
    Plaintiff

        v.

PUERTO RICO ELECTRIC POWER
AUTHORITY, et. al.
    Defendants

**Civil No. 98-1547(SEC)**

RECEIVED & FILED
00 APR 27 AM 8: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket #82**<br>**Motion in Compliance with Order and Requesting Amendment of Scheduling Order** | Granted. |

DATE:   April 26, 2000

_SALVADOR E. CASELLAS_
United States District Judge



