UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ-ROBLEDO
    Plaintiff

    v.              Civil No. 98-1547(SEC)

PUERTO RICO ELECTRIC POWER
AUTHORITY, et. al.
    Defendants



## ORDER

| MOTION | RULING |
| --- | --- |
| **Docket #85**<br>**Joint Motion Requesting Amendment of Scheduling Order** | **Granted.** The discovery deadline is hereby extended until September 29, 2000. In addition, the deadline for filing the pre-trial report is extended until October 16, 2000. |

DATE: July 27, 2000

SALVADOR E. CASELLAS
United States District Judge


