IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*Carlos Rodriguez-Robledo*
Plaintiff(s)

Civil No. 98-1547 (SEC)

v.

*PREPA, et. al.*
Defendant(s)

---

### DESCRIPTION OF MOTION

DATE FILED: 7/9/00   DOCKET #: 86   TITLE: *Motion for brief Extension*

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)   [ ] Joint

---

DISPOSITION:

[X] GRANTED              [ ] DENIED

[ ] NOTED                [ ] MOOT

---

### COMMENTS

_____
_____
_____
_____
_____
_____

7 AUG 00
DATE

*/s/ Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge

