IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ-ROBLEDO         *
                                 *
    Plaintiff                    *
                                 *    Civil No. 98-1547(SEC)
        v.                       *
                                 *
PREPA, et. al.                   *
                                 *
    Defendants                   *
*************************************

## ORDER

By order of the Court, the above-captioned case is hereby transferred to the docket of the recently appointed U.S. District Judge for the District of Puerto Rico, Hon. Jay García-Gregory, subject to his approval pursuant to Local Rules 302(2) and 302(7).

**SO ORDERED.**

In San Juan, Puerto Rico, this __11TH__ day of August, 2000.

/SALVADOR E. CASELLAS
United States District Judge

