UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO

   **Plaintiff(s)**

   v.                                    CIVIL NUMBER: 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET AL

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/13/00<br>**Title:** Motion Requesting Extension of Time to File Joint Pre-Trial Order<br>**Docket(s):** 90<br>[x] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | **GRANTED.** |

Date: October 24, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

