UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO

Plaintiff(s)

v.                                    CIVIL NUMBER: 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 11/21/00<br>Title: Motion Filing Pretrial Report<br>Docket(s): 95<br>[x] Plff(s)   [ ] Dft(s)   [ ] Other | Pretrial Report is accepted as if signed by all attorneys in the case. It is so ordered. |

Date:  December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

