# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO

Plaintiff(s)

v.                                CIVIL NUMBER: 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/09/01<br>**Title:** Motion Requesting the Scheduling of Pretrial and Trial<br>**Docket(s):** 101<br>[ x ] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other** | **DENIED.** The Court denies the plaintiff's request for the scheduling of pretrial and trial dates until the Court has had the opportunity to meet with the parties in order to discuss the status of the case. The Court has scheduled a status-settlement conference for Monday, April 30, 2001 at 11:00 a.m. in order to entertain these issues as well as the request for a final deadline for delivery of reports of additional experts retained by the Puerto Rico Electric Power Authority (PREPA). |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge