UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO

    Plaintiff(s)

    v.      CIVIL NUMBER: 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/15/01<br>**Title:** Motion in Opposition to Motion Requesting Scheduling of Pretrial and Trial<br>**Docket(s):** 102<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | See order issued in Docket #101. |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 7 )
attys/pts
in ICMS