```
      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
MINUTES OF PROCEEDINGS:                     DATE:APRIL 30, 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily ALICEA           CASE NO.CIV 98-1547(JAG)
================================================================
CARLOS RODRIGUEZ ROBLEDO              Attorneys: ANTONIO BIRD, JR.

        VS

PUERTO RICO POWER ELECTRIC            CARLOS FERNANDEZ NADAL
AUTHORITY                             JUDITH FLORES AYALA
                                      ELISA FUMERO PEREZ
                                      JORGE RUIZ PABON
================================================================
```

Case called for status/settlement conference. There is a motion for summary judgment pending.

Attorney for plaintiff states that he was just informed that defendant wants to have plaintiff evaluated by four different doctors. He strongly opposes since the time for this has elapsed and at this stage is not justified.

Attorney Ruiz Pabon answers that they have cooperated in everything and plaintiff has deposed over thirty persons. They represent a public corporation and are dealing with public funds and it is very difficult to coordinate everything and to justify it. Now they have the authorization and the contracts with the experts all they need to do is have plaintiff here.

Court grants the evaluation of plaintiff by said experts and grants 120 days for discovery. Attorney for defendant requested from plaintiff copy of the documents which he said he did not take into consideration in his report. Court grants plaintiff thirty days to supply them.

s/c: A. Bird
     J. Ruiz
     E. Fumero
     J. Flores
     C. Fernandez
     5/2/01

1547
CIVIL 98-~~1327~~ (JAG)                    PAGE 2
APRIL 30, 2001

    Plaintiff is to submit a settlement demand which defendants have to study after they finish with the evaluation of plaintiff.

    Court sets a further settlement conference for Friday, June 29, 2001 at 3:30. Principals to be available.

    Parties to be notified.

                                                    _____
                                                Lily Alicea-Courtroom Deputy