UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



CARLOS RODRIGUEZ ROBLEDO

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/18/01<br>**Title:** Motion for Extension of Time to Answer Second Interrogatory and Second Request for Production of Documents<br>**Docket(s):** 106<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: June 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

