UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                DATE: JUNE 29, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**            **CASE NO. CIVIL 98-1547 (JAG)**
==================================================================

| CARLOS RODRIGUEZ ROBLEDO | Attorneys ANTONIO BIRD, JR. |
|---|---|
| VS | |
| PUERTO RICO POWER ELECTRIC AUTHORITY | CARLOS FERNANDEZ NADAL<br>JUDITH FLORES AYALA<br>ELISA FUMERO PEREZ<br>JORGE RUIZ PABON |

Case called for settlement conference. Case cannot be settled. Plaintiff has filed its settlement demand. They have a motion to compel which has not been answered by defendants. There is pending a motion for summary judgment.

Attorney for PREPA informs the Court that she intends to file a motion for summary judgment. Court grants her until August 17, 2001 to file the same.

Pretrial conference is set for November 16, 2001 at 10:00 amd and jury trial for **NOVEMBER 27, 2001 AT 9:30 AM**.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

S/C TO Jury Clerk