IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO

**Plaintiff(s)**

v.                                    **CIVIL NO.   98-1547 (JAG)**

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET AL

**Defendant(s)**

---

**ORDER**

All dispositive motions in this case are referred to Magistrate-Judge Gustavo A. Gelpí for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge