IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRÍGUEZ ROBLEDO

Plaintiff

v.                                             CIVIL NUMBER: 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY AND XYZ INSURANCE
COMPANIES

Defendants

---

## ORDER

This case has been referred to the undersigned Magistrate-Judge for a report and recommendation as to all pending dispositive motions.

Presently pending before the Court is a Motion for Summary Judgment filed by third party defendants (Docket No. 61) and defendant PREPA's opposition thereto (Docket No. 66). At the June 29, 2001 status conference, the Court also granted defendant PREPA until August 17, 2001 to file a motion for summary judgment.

In the Pretrial Report (Docket No. 96) defendant PREPA has contested the Court's diversity jurisdiction under 28 U.S.C. § 1332(a). However, defendant PREPA has not filed any motion pursuant to Fed. R. Civ. P. 12 (b) (1) challenging this Court's subject-matter jurisdiction.

CIVIL 98-1547 (JAG)                    2

1
2       In the event defendant PREPA continues to challenge federal diversity jurisdiction in the
3  present case, the Court hereby instructs defendant to file any such motion accompanied by a
4  memorandum of law in support thereof, on or before August 17, 2001.
5       In San Juan, Puerto Rico, this 19th day of July, 2001.
6
7
8
9                                           GUSTAVO A. GELPÍ
10                                          United States Magistrate-Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28