IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRÍGUEZ ROBLEDO

Plaintiff

v.                                             CIVIL NUMBER: 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY AND XYZ INSURANCE
COMPANIES

Defendants

_____

## ORDER

The Court hereby GRANTS the plaintiff's "Motion to Compel Answers to the Second Set of Interrogatories and the Production of Documents" (Docket No. 109). PREPA's "Motion Objecting Second Set of Interrogatories and Second Request for the Production of Documents" (Docket No. 108) is DENIED.[1] Defendant PREPA shall comply with the plaintiff's discovery request within thirty (30) days of this date.

In San Juan, Puerto Rico, this 19th day of July, 2001.

GUSTAVO A. GELPÍ
United States Magistrate-Judge

_____

[1] The Court notes that defendant PREPA has objected to several of the plaintiff's discovery requests, asserting that the same constitute attorney work product. A mere generalized claim of privilege, however, in and of itself, does not justify a refusal to produce the information requested. See In re Aircrash Disaster, 172 F.R.D. 295, 306-307 (N.D. Ill. 1997).