# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRÍGUEZ ROBLEDO

Plaintiff

v.                CIVIL NO. 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER AUTHORITY and XYZ INSURANCE

Defendants

---

## ORDER

Plaintiff's "Motion for Extension of Time to File Opposition to PREPA's Motion for Summary Judgment" (Docket No. 119) is hereby **GRANTED**. Plaintiff shall file said opposition on or before **September 20, 2001**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of September, 2001.

GUSTAVO A. GELPÍ
United States Magistrate-Judge

