IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



CARLOS RODRIGUEZ ROBLEDO

Plaintiff

v.                                                  CIVIL NO. 98-1547 (JAG)

PREPA, et als.,

Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: Sept. 24, 2001<br>Title: Motion Requesting Leave to File Documents in the Spanish Language Pursuant to Local Rule 108.<br>Docket:124<br>[x] Plff  [ ] Defs    [ ] Other | **GRANTED.** Plaintiff shall file certified translations of its exhibits within forty five (45) days of the entry of this Order. |

Date: September 26, 2001

GUSTAVO A. GELPÍ
United States Magistrate-Judge


