IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO

**Plaintiff(s)**

v.

CIVIL NO. 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET ALS.
**Defendant(s)**

---

**ORDER**

Third Party Plaintiff Puerto Rico Electric Power Authority (PREPA) has not objected to Magistrate-Judge Gustavo A. Gelpí's Report and Recommendation that the Third Party Complaint be dismissed.

We have carefully reviewed Magistrate-Judge Gelpí's thorough Report and Recommendation as well as the record and adopt it in its entirety.

Accordingly the Third Party Complaint is dismissed because third party defendants Roberto Santiago and Ramona Santiago and their conjugal partnership are protected by the Workers Compensation Act. Partial Judgment shall be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of October, 2001.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge