# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO

    **Plaintiff(s)**

       **v.**

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET ALS.
    **Defendant(s)**

**CIVIL NO.** 98-1547 (GG)

---

### PARTIAL JUDGMENT

The Court has adopted in its entirety a Report and Recommendation by Magistrate-Judge Gustavo A. Gelpí on third party defendants' Motions for Summary Judgment (Docket # 61) and third party plaintiffs' Oppositions (Docket # 66). Judgment is entered dismissing the Third Party Complaint.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of October, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge



