# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO

**Plaintiff(s)**

v.                                        CIVIL NUMBER: 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/09/01<br>**Title:** Motion Requesting Clarification of Partial Judgment<br>**Docket(s):** 128<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** An Amended Partial Judgment shall be entered. |

Date: October 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge