IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO

**Plaintiff(s)**

v.                                    CIVIL NO. 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET ALS.
**Defendant(s)**

**AMENDED PARTIAL JUDGMENT**

Pursuant to an Order granting defendant-third party plaintiff's Motion Requesting Clarification of Partial Judgment, the Partial Judgment entered October 2, 2001 is amended as follows:

> Judgment is entered dismissing the Third-Party Complaint as to third-party defendants Roberto Santiago and Ramona Santiago and their conjugal partnerhsip.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of October, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge