UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                      DATE: NOVEMBER 14, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        CASE NO. CIV. 98-1547 (JAG)

=================================================================

CARLOS RODRIGUEZ ROBLEDO           Attorneys:

       VS

PUERTO RICO POWER ELECTRIC
AUTHORITY

=================================================================

By Order of the Court the above-mentioned case is hereby set for a status conference tomorrow, November 15, 2001 at 3:30 PM.

Parties to be notified.

                                              Lily Alicea/Courtroom Deputy

By Telephone:
Antonio Bird Jr.
Carlos Fernandez Nadal
Elisa Fumero
Jorge Ruiz Pabon



11-14-01

