UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: NOVEMBER 15, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          CASE NO. CIV 98-1547 (JAG)

===================================================================

CARLOS RODRIGUEZ ROBLEDO              Attorneys: ANTONIO BIRD, JR.

      VS

PUERTO RICO POWER ELECTRIC            ELISA FUMERO
AUTHORITY                             JORGE RUIZ PABON
                                      CARLOS FERNANDEZ (TELEPHONE)

Case called for emergency status conference on the motion filed by defendants for continuance of the jury trial set for November 27, 2001. Court hears defendants reasons for the continuance of the trial and the opposition of plaintiff. Court denies the motion for continuance of trial and states to the attorneys that the trial will commence as scheduled on November 27, 2001 and will continue until it is finished. Parties estimate the case will last two weeks.

    Parties to be notified.

_____
Lily Alicea/Courtroom Deputy

S/CS GIVEN PERSONALLY
TO THE ATTORNEYS
11-16-01
LEA