UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**               DATE: NOVEMBER 16, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**         **CASE NO. CIV 98-1547 (JAG)**

===================================================================

CARLOS RODRIGUEZ ROBLEDO          Attorneys: ANTONIO BIRD, JR.

    VS

PUERTO RICO POWER ELECTRIC        ELISA FUMERO
AUTHORITY                         JORGE RUIZ PABON
                                  CARLOS FERNANDEZ

---

Case called for pretrial/settlement conference. Court engages in arduous settlement negotiations with the parties. At this time they were not fruitful. A further settlement conference is set for TUESDAY, NOVEMBER 20, 2001 AT 4:30 PM

Plaintiff indicates that some of his witnesses are going to be presented through their depositions. No custodian of the records of PREPA, Social Security, State Insurance Fund, Ponce Municipality nor the medical records will be needed since their authenticity has been stipulated. Plaintiff has filed two motions in limine which will be opposed by defendants.

Court proceeds with the pretrial.

Parties to be notified.

*Lily Alicea*
Lily Alicea-Courtroom Deputy