## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROBLEDO

**Plaintiff(s)**

v.

PUERTO ELECTRIC POWER
AUTHORITY AND XYZ INSURANCE
COMPANIES

**Defendant(s)**

CIVIL NO. 98-1547 (JAG)

### JUDGMENT

The parties having filed a Joint Stipulation for Dismissal, judgment is hereby entered dismissing the Complaint and Third-Party Complaints with prejudice, each party to bear its own costs and attorneys' fees.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of December 2001.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge



