IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS RODRIGUEZ ROSADO

**Plaintiff(s)**

v.                                          CIVIL NO. 98-1547 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY, et al

**Defendant(s)**

---

ORDER

The Motion Withdrawing Motion to Vacate (Docket #150) is **GRANTED** making it unnecessary for the Court to rule on the Motion Filing Motion Under Seal (Docket #147) and the Motion to Vacate Judgment of Dismissal and for Other Remedies (Docket #148). The Motion Filing Motion Under Seal (Docket #149) is also **GRANTED**. Documents are to remain under seal until further order of the Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of January 2002.

JAY A. GARCIA-GREGORY
United States District Judge